**LANE & NACH, P.C.**
2001 East Campbell Avenue
Suite 103
Phoenix AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Michael P. Lane – 007435
Email:  michael.lane@lane-nach.com

*Attorneys for Robert A. MacKenzie, Trustee*

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| MICHAEL A. HOFFMAN and JACKIE L. HOFFMAN, | No.  2:20-bk-12088-DPC |
| Debtors. | **TRUSTEE'S APPLICATION TO SELL PROPERTY OF THE ESTATE** |
| | **11 U.S.C. § 363** |

Robert A. MacKenzie, Chapter 7 Trustee ("**Trustee**") for the Estate of  Michael A. Hoffman and Jackie L. Hoffman, (the "Debtors"), by and through his attorneys undersigned, prays for the entry of an Order,  pursuant to 11 U.S.C. §§ 105 and 363, approving the sale of certain assets of the Estate to Chiderbri Minerals, LP and Patterson Royalties, LLC and related terms ("**Motion**").  In support of the Motion, the Trustee respectfully states as follows:

### MEMORANDUM OF POINTS AND AUTHORITIES

### I.   BACKGROUND AND JURISDICTION

1.     This Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).  Venue of this proceeding and this Motion is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2.     The statutory predicates for the relief sought herein are 11 U.S.C. §§ 105(a) and 363, as well as Rules 2002 and 6004 of the Federal Rules of Bankruptcy Procedure.

3. This case was commenced by voluntary petition filed by the Debtors under Chapter 7 of Title 11, United States Code, on or about November 2, 2020.

4. Among the assets of this Estate are oil rights described as Ovintiv Exploration Oil Rights (Holinsworth Wells, Garvin County, Oklahoma (0.9375 net acres); including, each and every mineral, mineral interest, royalty interest, non-participating royalty interest, gas and mineral lease, and every interest of every description whatsoever in leased, unleased, producing, non-producing, produced and stored, severed and unsevered interests in oil, gas and other minerals of every conceivable type and description, including any rights of way, easements, or other surface interests, if any, as may be owned by the above referenced bankruptcy Estate legally or equitably, pre-petition, if any, for property situated in the State of Oklahoma and more particularly in Garvin County, Oklahoma ("**Property**"). Detail of the Property's performance is attached as **Exhibit "A".**

5. Trustee has received an offer from Chiderbri Minerals, LP and Patterson Royalties, LLC to purchase the Estate's interest in the Property effective as of January 1, 2021, for a total purchase price of Five Thousand Dollars ($5,000.00) ("**Purchase Price**"). Payment of the Purchase Price shall be made on or before the close of business on the second business day after the entry of an Order approving this Application.

## II. RELIEF REQUESTED

6. By this Motion, the Trustee seeks the entry of an order pursuant to 11 U.S.C. §§ 105 and 363(b) and (m), as well as Bankruptcy Rule 6004, (a) authorizing the Trustee to sell the Property.

7. In the Trustee's business judgment, the Purchase Price represents a fair and reasonable sale price for the Property.

## III. BIDDING PROCEDURES

8. Contemporaneously herewith, the Trustee will be obtaining a hearing on this Motion which will establish a deadline by which objections or responses to this Motion must be filed with the

Court (the "Response Deadline").

9. While the Trustee is prepared to consummate the sale of the Property to Chiderbri Minerals, LP and Patterson Royalties, LLC pursuant to the terms set forth herein, this sale is subject to higher bids at hearing. Trustee requests that the Court approve the following overbid procedures (collectively, the "Bidding Procedures"):

    a. Any interested bidder who wants to participate in the overbid process must notify the Trustee of its intention to do so in accordance with the Notice on or before the Response Deadline;

    b. Each overbid for the Property must be at least $250.00; and

    c. In the event a party other than is deemed the winning bidder with respect to the Property, such other party shall be required to purchase the Property under the same terms and conditions set forth herein.

10. For the foregoing reasons, the Trustee believes that the sale of the Property serves the best interests of the Estate and creditors, as the sale will allow the Trustee to realize funds for the benefit of the Estate. Accordingly, the Trustee believes that the sale to Chiderbri Minerals, LP and Patterson Royalties, LLC should be approved as requested.

## IV. AUTHORITY FOR REQUESTED RELIEF

11. Section 363(b)(1) of the Bankruptcy Code provides that "[t]he trustee, after notice and a hearing, may use, sell or lease, other than in the ordinary course of business, property of the estate." 11 U.S.C. § 363(b)(1). To approve use, sale or lease, other than in the ordinary course of business, the Court must find "some articulated business justification." *See In re Martin (Myers v. Martin)*, 91 F.3d 389, 395 (3d Cir. 1996) and *In re Abbotts Dairies of Pa. Inc.*, 788 F. 2d 143 (3d Cir. 1986 ) (requiring good faith purchasing). Moreover, Section 105(a) of the Bankruptcy Code provides that "[t]he court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]." 11 U.S.C. § 105(a).

12.     Courts have held that transactions should be approved under Section 363(b) of the Bankruptcy Code when they are supported by the sound business judgment of the debtor or trustee, as the case may be.  *See In re Martin*, 91 F.3d 389, 395 (3d Cir. 1986); *In re Del. & Hudson Ry. Co.*, 124 B.R. 169, 176 (Bankr. D. Del. 1991) (holding that transactions should be approved under Section 363(b)(1) when: (a) they are supported by the sound business judgment of a Debtor's management; (b) interested parties are provided with adequate and reasonable notice; (c) the sale price is fair and reasonable; and (d) the purchaser is acting in good faith); *In re Phoenix Steel Corp.*, 82 B.R. 334, 335 (Bankr. D. Del. 1987) (stating that the elements necessary for approval of a section 363 sale in a chapter 11 case are "that the proposed sale is fair and equitable, that there is a good business reason for completing the sale and the transaction is in good faith.").

13.     The Trustee submits that sale, as presented, is reasonable, for fair value, and was negotiated at arm's length and in good faith.

14.     Courts have held that approval of a proposed sale of property pursuant to Section 363(b) of the Bankruptcy Code is appropriate if a court finds that the transaction represents a reasonable business judgment on the part of the Debtor.  *See Comm. of Equity Sec. Holders v. Lionel Corp.*, 722 F.2d 1063 (2d Cir. 1983); *Stephens Indus., Inc. v. McClung*, 789 F.2d 386, 391 (6th Cir. 1986); *In re Ionosphere Clubs, Inc.*, 100 B.R. 670, 675 (Bankr. S.D.N.Y. 1989); *In re Phoenix Steel Corp.*, 82 B.R. 334, 335 (Bankr. D. Del. 1987); *In re Del. & Hudson Ry. Co.*, 124 B.R. 169, 176 (Bankr. D. Del. 1991).  A debtor's showing of sound business justification, or as in this case the Trustee's showing, need not be unduly exhaustive; instead the Debtor or trustee is "simply required to justify the proposed disposition with sound business reasons."  *In re Baldwin United Corp.*, 43 B.R. 888, 906 (Bankr. S.D. Ohio 1984).

15.     Whether or not there are sufficient business reasons to justify a sale depends upon the facts and circumstances of each case.  *See Lionel*, 722 F.2d at 1071. Bankruptcy courts are given

substantial discretion in deciding whether to authorize a sale of a Debtor's assets outside of the ordinary course of business. *See In re Chateaugay Corp.*, 973 F.2d 141, 144 (2d Cir. 1992). The Trustee believes that the sale represents a prudent and proper exercise of its business judgment and is in the best interest of creditors of the Debtor's Estate.

16. Although the Bankruptcy Code does not define "good faith purchaser," the United States Court of Appeals for the Third Circuit construing section 363(m), has stated that "the phrase encompasses one who purchases in 'good faith' and for 'value'." *In re Abbott's Dairies of Pa., Inc.*, 788 F.2d 143, 147 (3d Cir. 1986); *See also In re Mark Bell Furniture Warehouse, Inc.*, 992 F.2d 7, 8 (1st Cir. 1993); *In re Willemain v. Kivitz*, 764 F.2d 1019, 1023 (4th Cir. 1985); *In re Vanguard Oil & Serv. Co.*, 88 B.R. 576, 580 (E.D.N.Y. 1988).

17. Additionally, the Court should approve the Trustee's proposed Bidding Procedures. Courts have routinely held that when the sale of assets in bankruptcy is done on a competitive bidding basis, as is proposed herein, it is appropriate to require parties submitting competing bids to submit bids that exceed the existing bid by a specified amount. *See, e.g., In re Financial News Network Inc.*, 931 F.2d 217 (2d Cir. 1991). Chiderbri Minerals, LP and Patterson Royalties, LLC has expended, and will continue to expend, considerable time, money, and energy pursuing the purchase of the Property as proposed herein, and has engaged in good faith, arm's length negotiations with the Trustee. Thus, the proposed Bidding Procedures are appropriate and should be approved.

18. Based on the foregoing, the Trustee submits that the sale of the Property is a prudent exercise of his business judgment under the circumstances and is in the best interests of the Estate and creditors. Therefore, the Motion should be approved.

19. Pursuant to Local Rule 6004-1, Trustee must file a motion and, after notice, obtain an Order approving a sale outside the ordinary course of business if the property being sold is expected to have a value greater than $2,500.

## V.  **WAIVER OF STAY OF ORDER**

20.  To successfully implement the sale, the Trustee also seeks a waiver of the fourteen-day stay under Bankruptcy Rule 6004(h).

## VI.  **NOTICE**

21.  Notice of this Motion will be given to the Debtor, the Office of the United States Trustee,  Chiderbri Minerals, LP and Patterson Royalties, LLC all parties on Debtors' master mailing list and all parties requesting notice pursuant to Fed. R. Bankr. P. 2002.  The Trustee submits that such notice is proper and adequate and no further notice is required.  The Trustee further requests that this Court determine that such notice is adequate and that other and further notice be waived.

WHEREFORE, Robert A. MacKenzie, Trustee, respectfully requests entry of an order authorizing the sale of the Estate's interest in the Property pursuant to the terms of this Motion; waiving the fourteen-day stay under Bankruptcy Rule 6004(h); and, granting such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this 21st day of January, 2021.

**LANE & NACH, P.C.**

By  MPL 007435
Michael P. Lane
*Attorney for Trustee*

COPY of the foregoing delivered via electronic notification:

Chiderbri Minerals, LP and Patterson Royalties, LLC
Attn:  Brian Bacon
Email: mivops@sbcglobal.net
*Proposed Buyer*

Eric R. Thieroff
Oswalt Law Group, P.C.
3933 S. McClintock Drive
Suite 500
Tempe, AZ 85282
Email: ethieroff@oswaltlawgroup.com
*Attorney for Debtors*

Office of U.S. Trustee
230 North First Avenue
Phoenix, AZ 85003
Email: patty.chan@usdoj.gov


By____/s/ Sheila Rochin



370 17th Street, Suite 1700
Denver, CO 80202

**Owner: 3046391   JACKIE LYNN HOFFMAN**

| QRA Check Number: | 1803268 | | Owner Relations | Page 2 |
|---|---|---|---|---|
| Check Date: | 12/20/2020 | | Phone:  1 (866) 917-3700 | |
| Check Amount: | $121.38 | | E-mail:  ovintiv@ownerrelationssupport.com | |

### Legend

| Product Codes (Prod Cd) | Interest Types (Int Type) | Tax Codes (Tax Cd) | Deduct Codes (Ded Cd) |
|---|---|---|---|
| 100 = Oil (bbl)<br>200 = Gas (mcf)<br>300 = Condensate (bbl)<br>400 = Plant Products (bbl)<br>ORP = Drip Condensate (bbl) | CM - Carried Mineral Interest<br>CW - Carried Working Interest<br>NM - Non-Prtp Mineral Int<br>NB - Net Profit Int<br>NR - Non-Prtp Royalty Int<br>OM - Overriding Royalty-Miller<br>OO - Overriding Royalty-Opt Out<br>OR/O2 - Overriding Royalty<br>OS - Overriding Royalty-Settlement<br>OU - Overriding Royalty-Unit Alloc<br>OV - Reversionary Override<br>PP - Production Payment<br>RI/R2 - Royalty Interest<br>R3 - Royalty Interest - Force Pooled<br>RM - Royalty-Miller<br>RO - Royalty Opt-Out | RS - Royalty-Settlement<br>BR - State Royalty<br>TR - Tribal<br>UM - Unleased Mineral Int<br>UR - Unleased Royalty Int<br>WI - Working Interest | AV - Ad Valorem<br>AV1 - Ad Valorem True-up<br>CA - Cheyenne-Arapaho Sev Tax<br>CN - Conservation Tax<br>EX - Oil Extraction Tax<br>FE - Environmental Tax (Gas)<br>MP - Marginal Producing Tax<br>MT - Oil and Gas Maintenance Charge<br>MU - Mountain Ute Indian Tax<br>PE - Conservation Excise Tax<br>PK - Production Tax<br>PR1 - Post Production Tax<br>EW/SCH - School Tax<br>RF - Energy Resources Revolving Fund Assessment<br>ST - Shoshone Indians Tribal Sev Tax<br>SV - Severance Tax | 01 - Compression<br>02 - Dehydration<br>03 - Processing<br>04 - Treating<br>05 - Transportation Fuel<br>06 - Unutilized Gas Transport<br>07 - Unutilized NGL Transport<br>08 - Mktg Adj<br>09 - Mktg Adj Offset<br>10 - Other<br>11 - Gathering<br>12 - Production Interest<br>13 - Compressor Fuel<br>14 - Compressor Fuel - Other<br>15 - High Pressure Gath<br>16 - Low Pressure Gath | 17 - Gas Liquid Adj Drp<br>18 - Gas Liquid Adj NGL<br>19 - Marketing<br>20 - Shrink<br>21 - Transportation (EMU5)<br>(Non-EMU5)<br>23 - Piceance Creek Pipeline<br>24 - Plant Thermal Reduction<br>25 - Production Tax Interest<br>26 - Crude/Oil Transportation<br>43 - Oil Transport Fuel<br>45 - Oil Gathering Deducts<br>46 - Post Production Adj<br>48 - Throughput Fee | 49 - Production Expense<br>50 - State WH<br>OR - Oil Restoration/Processors Tax<br>ZZ - Fed WH Adj.<br>JN - JIB Netting |

| Well Number / Sales Date | Property Name / County, State | Prod Cd / Int Type | Entitlement Decimal / 500 Price | MCF/BBL Avg Price / MMBTU Avg Price | WH MMBTU / BTU Factor | Well Gross Vol (mcf)/(bbl) / Owner Vol (mcf)/(bbl) | Well Gross Value $ / Owner Gross Value $ | Tax Cd | Well Tax $ | Owner Tax $ | Ded Cd | Well Deducts $ | Owner Deducts $ | Well Net Value $ / Owner Net Value $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 731498<br>10/01/2020 | HOLINSWORTH 1H-16<br>Garvin, OK | 100<br>RI | 0.00002400 | 35.300<br>0.000 | 0.00<br>0.000 | 539.76<br>0.15 | 19,056.61<br>5.23 | MP<br>PE<br>PR<br>RF | 1.60<br>18.10<br>1,333.96<br>19.98 | 0.00<br>0.00<br>0.37<br>0.01 | | | | 17,603.60<br>4.85 |
| 731400<br>10/01/2020 | HOLINSWORTH 1H-16 - State Withholding<br>Garvin, OK | 100<br>RI | 0.00002466 | 0.000<br>0.000 | 0.00<br>0.000 | 0.00<br>0.00 | 0.00<br>0.00 | | | | 50 | | 0.26 | 0.00<br>-0.26 |
| 731400<br>10/01/2020 | HOLINSWORTH 1H-16<br>Garvin, OK | 200<br>RI | 0.00002466 | 2.239<br>0.000 | 0.00<br>1.068 | 4,925.43<br>1.33 | 11,020.68<br>3.00 | MP<br>PE<br>PR<br>RF | 0.74<br>5.83<br>429.59<br>6.14 | 0.00<br>0.00<br>0.10<br>0.00 | 01<br>05<br>11<br>16<br>21<br>27 | 1,009.35<br>132.17<br>986.20<br>623.61<br>795.01<br>463.60 | 0.54<br>0.03<br>0.26<br>0.13<br>0.19<br>0.12 | 6,694.64<br>1.03 |
| 731496<br>10/01/2020 | HOLINSWORTH 1H-16 - State Withholding<br>Garvin, OK | 200<br>RI | 0.00002466 | 0.000<br>0.000 | 0.00<br>1.000 | 0.00<br>0.00 | 0.00<br>0.00 | | | | 50 | | 0.15 | 0.00<br>-0.15 |
| 731496<br>10/01/2020 | HOLINSWORTH 1H-16<br>Garvin, OK | 400<br>RI | 0.00002466 | 12.935<br>0.000 | 0.00<br>0.000 | 803.03<br>0.19 | 10,387.29<br>2.66 | PE<br>PR<br>RF | 7.56<br>557.01<br>7.96 | 0.00<br>0.13<br>0.00 | 03 | 2,430.04 | 0.66 | 7,364.72<br>2.07 |
| 731496<br>10/01/2020 | HOLINSWORTH 1H-16 - State Withholding<br>Garvin, OK | 400<br>RI | 0.00002466 | 0.000<br>0.000 | 0.00<br>0.000 | 0.00<br>0.00 | 0.00<br>0.00 | | | | 50 | | 0.14 | 0.00<br>-0.14 |
| | 731496 - HOLINSWORTH 1H-16   State Withholding Tax Subtotal: | | | | | | 11.09 | | | 0.61 | | | 2.46 | 5.00 |
| 732844<br>10/01/2020 | HOLINSWORTH 2H-9X<br>Garvin, OK | 100<br>RI | 0.00013809 | 35.300<br>0.000 | 0.00<br>0.000 | 2,067.10<br>0.29 | 72,960.97<br>10.08 | MP<br>PE<br>PR<br>RF | 7.23<br>69.26<br>5,103.71<br>72.91 | 0.00<br>0.01<br>0.71<br>0.01 | | | | 67,727.66<br>9.35 |
| 732844<br>10/01/2020 | HOLINSWORTH 2H-9X - State Withholding<br>Garvin, OK | 100<br>RI | 0.00013809 | 0.000<br>0.000 | 0.00<br>0.000 | 0.00<br>0.00 | 0.00<br>0.00 | | | | 50 | | 0.50 | 0.00<br>-0.50 |
| 732844<br>08/01/2020 | HOLINSWORTH 2H-9X<br>Garvin, OK | 200<br>RI | 0.00013809 | 1.970<br>0.000 | 0.00<br>1.000 | 1,035.52<br>1.04 | 2,046.11<br>2.06 | PR | 0.00 | 0.14 | 12<br>47 | 0.00<br>0.00 | -0.03<br>1.14 | 2,046.11<br>0.51 |
| 732844<br>10/01/2020 | HOLINSWORTH 2H-9X<br>Garvin, OK | 200<br>RI | 0.00013809 | 2.416<br>0.000 | 0.00<br>1.064 | 86,974.90<br>4.65 | 86,049.71<br>11.92 | MP<br>PE<br>PR<br>RF | 6.03<br>40.77<br>3,445.90<br>49.23 | 0.00<br>0.00<br>0.46<br>0.00 | 04<br>05<br>11<br>16<br>21<br>27 | 11,040.47<br>1,040.40<br>7,366.52<br>3,011.02<br>6,257.85<br>3,463.20 | 1.51<br>0.14<br>0.99<br>0.52<br>0.85<br>0.46 | 46,761.08<br>0.47 |
| 732844<br>08/01/2020 | HOLINSWORTH 2H-9X - State Withholding<br>Garvin, OK | 200<br>RI | 0.00013809 | 0.000<br>0.000 | 0.00<br>1.000 | 0.00<br>0.00 | 0.00<br>0.00 | | | | 50 | | 0.10 | 0.00<br>-0.10 |
| 732844<br>10/01/2020 | HOLINSWORTH 2H-9X - State Withholding<br>Garvin, OK | 200<br>RI | 0.00013809 | 0.000<br>0.000 | 0.00<br>1.000 | 0.00<br>0.00 | 0.00<br>0.00 | | | | 50 | | 0.00 | 0.00<br>-0.00 |
| 732844<br>08/01/2020 | HOLINSWORTH 2H-9X<br>Garvin, OK | 400<br>RI | 0.00013809 | 15.010<br>0.000 | 0.00<br>0.000 | 116.71<br>0.12 | 1,653.02<br>1.80 | PR | 0.00 | 0.00 | 12<br>47 | 0.00<br>0.00 | -0.07<br>0.00 | 1,653.02<br>1.93 |
| 732844<br>10/01/2020 | HOLINSWORTH 2H-9X<br>Garvin, OK | 400<br>RI | 0.00013809 | 11.999<br>0.000 | 0.00<br>0.000 | 5,533.61<br>0.75 | 66,362.53<br>9.16 | PE<br>PR<br>RF | 43.40<br>3,345.53<br>47.70 | 0.00<br>0.45<br>0.00 | 03 | 18,534.70 | 2.56 | 44,410.11<br>0.16 |
| 732844<br>08/01/2020 | HOLINSWORTH 2H-9X - State Withholding<br>Garvin, OK | 400<br>RI | 0.00013809 | 0.000<br>0.000 | 0.00<br>0.000 | 0.00<br>0.00 | 0.00<br>0.00 | | | | 50 | | 0.00 | 0.00<br>-0.00 |
| 732844<br>10/01/2020 | HOLINSWORTH 2H-9X - State Withholding<br>Garvin, OK | 400<br>RI | 0.00013809 | 0.000<br>0.000 | 0.00<br>0.000 | 0.00<br>0.00 | 0.00<br>0.00 | | | | 50 | | 0.46 | 0.00<br>-0.46 |
| | 732844 - HOLINSWORTH 2H-9X   State Withholding Tax Subtotal: | | | | | | 35.08 | | | 1.77 | | | 10.35 | 22.96 |
| 732845<br>10/01/2020 | HOLINSWORTH 3H-9X<br>Garvin, OK | 100<br>RI | 0.00013752 | 35.300<br>0.000 | 0.00<br>0.000 | 1,335.50<br>0.18 | 47,270.06<br>6.50 | MP<br>PE<br>PR<br>RF | 4.68<br>44.88<br>3,305.74<br>47.22 | 0.00<br>0.01<br>0.46<br>0.01 | | | | 43,808.46<br>6.02 |
| 732845<br>10/01/2020 | HOLINSWORTH 3H-9X - State Withholding<br>Garvin, OK | 100<br>RI | 0.00013752 | 0.000<br>0.000 | 0.00<br>0.000 | 0.00<br>0.00 | 0.00<br>0.00 | | | | 50 | | 0.33 | 0.00<br>-0.33 |
| 732845<br>08/01/2020 | HOLINSWORTH 3H-9X<br>Garvin, OK | 200<br>RI | 0.00013752 | 1.978<br>0.000 | 0.00<br>1.000 | 1,045.50<br>1.05 | 2,067.79<br>2.07 | PR | 0.00 | 0.14 | 12<br>47 | 0.00<br>0.00 | -0.03<br>1.15 | 2,067.79<br>0.51 |
| 732845<br>10/01/2020 | HOLINSWORTH 3H-9X<br>Garvin, OK | 200<br>RI | 0.00013752 | 2.043<br>0.000 | 0.00<br>1.064 | 29,760.30<br>4.10 | 60,810.92<br>8.35 | MP<br>PE | 4.46<br>32.96 | 0.00<br>0.00 | 01<br>05 | 10,484.09<br>733.82 | 1.42<br>0.10 | 32,277.66<br>4.55 |

**Owner: 3046391　JACKIE LYNN HOFFMAN**

| | |
|---|---|
| QRA Check Number: | 1803268 |
| Check Date: | 12/20/2020 |
| Check Amount: | $121.38 |

Owner Relations　　　　　　　　　　　　　　Page 3
Phone:　1 (866) 917-3700
E-mail:　ovintiv@ownerrelationssupport.com

| Well Number / Sales Date | Property Name / County, State | Prod Cd / Int Type | Entitlement Decimal / SOD Price | MCF/BBL Avg Price / MMBTU Avg Price | WH MMBTU / BTU Factor | Well Gross Vol (mcf)/(bbl) / Owner Vol (mcf)/(bbl) | Well Gross Value $ / Owner Gross Value $ | Tax Cd | Well Tax $ | Owner Tax $ | Ded Cd | Well Deducts $ | Owner Deducts $ | Well Net Value $ / Owner Net Value $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | PR | 2,430.47 | -0.31 | 11 | 6,197.21 | 0.70 | |
| | | | | | | | | RF | 34.72 | 0.00 | 15 | 2,755.97 | 0.30 | |
| | | | | | | | | | | | 21 | 4,413.86 | 0.60 | |
| | | | | | | | | | | | 27 | 2,442.69 | 0.31 | |
| 732845 08/01/2020 | HOLINSWORTH 3H-9X - State Withholding Garvin, OK | 200 RI | 0.00013752 0.000 | 0.000 1.000 | 0.00 1.000 | 0.00 0.00 | 0.00 0.00 | | | | 50 | | 0.16 | 0.00 -0.10 |
| 732845 10/01/2020 | HOLINSWORTH 3H-9X - State Withholding Garvin, OK | 200 RI | 0.00013752 0.000 | 0.000 1.000 | 0.00 | 0.00 0.00 | 0.00 0.00 | | | | 50 | | 0.42 | 0.00 -0.42 |
| 732845 08/01/2020 | HOLINSWORTH 3H-9X Garvin, OK | 400 RI | 0.00013752 0.000 | 15.810 0.000 | 0.00 0.000 | 119.65 0.17 | 1,870.67 1.67 | PR | 0.00 | 0.00 | 12 47 | 0.00 0.00 | -0.07 0.00 | 1,870.67 1.94 |
| 732845 10/01/2020 | HOLINSWORTH 3H-9X Garvin, OK | 400 RI | 0.00013752 0.000 | 11.999 0.000 | 0.00 0.000 | 3,902.58 0.52 | 46,826.39 6.43 | PE PR RF | 52.02 2,369.68 33.71 | 0.00 0.30 0.00 | 03 | 15,073.01 | 1.79 | 31,329.97 4.34 |
| 732845 08/01/2020 | HOLINSWORTH 3H-9X - State Withholding Garvin, OK | 400 RI | 0.00013752 0.000 | 0.000 0.000 | 0.00 0.000 | 0.00 0.00 | 0.00 0.00 | | | | 50 | | 0.09 | 0.00 -0.09 |
| 732845 10/01/2020 | HOLINSWORTH 3H-9X - State Withholding Garvin, OK | 400 RI | 0.00013752 0.000 | 0.000 0.000 | 0.00 0.000 | 0.00 0.00 | 0.00 0.00 | | | | 50 | | 0.32 | 0.00 -0.32 |
| 732845 - HOLINSWORTH 3H-9X | State Withholding Tax Subtotal | | | | | | 25.22 | | | 1.23 | | | 7.59 | 16.40 |
| 732846 10/01/2020 | HOLINSWORTH 4H-9X Garvin, OK | 100 RI | 0.00014024 0.000 | 35.300 0.000 | 0.00 0.000 | 926.30 0.13 | 32,777.71 4.60 | MP PE PR RF | 3.25 31.11 2,292.25 32.75 | 0.00 0.00 0.32 0.00 | | | | 30,418.35 4.26 |
| 732846 10/01/2020 | HOLINSWORTH 4H-9X - State Withholding Garvin, OK | 100 RI | 0.00014024 0.000 | 0.000 0.000 | 0.00 0.000 | 0.00 0.00 | 0.00 0.00 | | | | 50 | | 0.23 | 0.00 -0.23 |
| 732846 08/01/2020 | HOLINSWORTH 4H-9X Garvin, OK | 200 RI | 0.00014024 0.000 | 1.978 0.000 | 0.00 1.000 | 704.80 0.72 | 1,394.46 1.42 | PR | 0.00 | 0.10 | 12 47 | 0.00 0.00 | -0.02 0.79 | 1,394.46 0.55 |
| 732846 10/01/2020 | HOLINSWORTH 4H-9X Garvin, OK | 200 RI | 0.00014024 0.000 | 2.042 0.000 | 0.00 1.004 | 35,247.53 4.95 | 71,985.30 10.10 | MP PE PR RF | 6.26 39.05 2,877.18 41.10 | 0.00 0.00 0.40 0.00 | 01 05 11 15 21 27 | 12,416.61 868.67 6,152.23 3,265.05 5,224.92 2,691.55 | 1.74 0.11 0.85 0.45 0.73 0.40 | 38,200.70 5.42 |
| 732846 08/01/2020 | HOLINSWORTH 4H-9X - State Withholding Garvin, OK | 200 RI | 0.00014024 0.000 | 0.000 1.000 | 0.00 | 0.00 0.00 | 0.00 0.00 | | | | 50 | | 0.07 | 0.00 -0.07 |
| 732846 10/01/2020 | HOLINSWORTH 4H-9X - State Withholding Garvin, OK | 200 RI | 0.00014024 0.000 | 0.000 1.000 | 0.00 | 0.00 0.00 | 0.00 0.00 | | | | 50 | | 0.51 | 0.00 -0.51 |
| 732846 08/01/2020 | HOLINSWORTH 4H-9X Garvin, OK | 400 RI | 0.00014024 0.000 | 15.800 0.000 | 0.00 0.000 | 80.82 0.06 | 1,261.50 1.20 | PR | 0.00 | 0.00 | 12 47 | 0.00 0.00 | -0.05 0.00 | 1,261.50 1.34 |
| 732846 10/01/2020 | HOLINSWORTH 4H-9X Garvin, OK | 400 RI | 0.00014024 0.000 | 11.999 0.000 | 0.00 0.000 | 4,019.71 0.63 | 55,433.40 7.77 | PE PR RF | 37.01 2,793.36 39.01 | 0.00 0.38 0.00 | 03 | 18,476.25 | 2.17 | 37,000.07 5.22 |
| 732846 08/01/2020 | HOLINSWORTH 4H-9X - State Withholding Garvin, OK | 400 RI | 0.00014024 0.000 | 0.000 0.000 | 0.00 0.000 | 0.00 0.00 | 0.00 0.00 | | | | 50 | | 0.06 | 0.00 -0.06 |
| 732846 10/01/2020 | HOLINSWORTH 4H-9X - State Withholding Garvin, OK | 400 RI | 0.00014024 0.000 | 0.000 0.000 | 0.00 0.000 | 0.00 0.00 | 0.00 0.00 | | | | 50 | | 0.39 | 0.00 -0.39 |
| 732846 - HOLINSWORTH 4H-9X | State Withholding Tax Subtotal | | | | | | 25.16 | | | 1.20 | | | 8.43 | 15.55 |
| 732847 10/01/2020 | HOLINSWORTH 5H-9X Garvin, OK | 100 RI | 0.00013711 0.000 | 35.300 0.000 | 0.00 0.000 | 1,116.06 0.15 | 39,368.07 5.40 | MP PE PR RF | 3.90 37.36 2,753.07 39.33 | 0.00 0.01 0.38 0.01 | | | | 36,534.41 5.00 |
| 732847 10/01/2020 | HOLINSWORTH 5H-9X - State Withholding Garvin, OK | 100 RI | 0.00013711 0.000 | 0.000 0.000 | 0.00 0.000 | 0.00 0.00 | 0.00 0.00 | | | | 50 | | 0.27 | 0.00 -0.27 |
| 732847 08/01/2020 | HOLINSWORTH 5H-9X Garvin, OK | 200 RI | 0.00013711 0.000 | 1.989 0.000 | 0.00 1.000 | 873.25 0.07 | 1,719.27 1.71 | PR | 0.00 | 0.11 | 12 47 | 0.00 0.00 | -0.02 0.94 | 1,719.27 0.68 |
| 732847 10/01/2020 | HOLINSWORTH 5H-9X Garvin, OK | 200 RI | 0.00013711 0.000 | 2.200 0.000 | 0.00 1.062 | 31,405.66 4.31 | 89,393.00 9.61 | MP PE PR RF | 4.71 37.94 2,795.70 39.94 | 0.00 0.00 0.38 0.00 | 01 05 11 15 21 27 | 11,796.31 838.04 5,848.70 3,104.82 5,046.77 2,748.89 | 1.69 0.11 0.81 0.41 0.68 0.36 | 37,128.16 5.17 |
| 732847 08/01/2020 | HOLINSWORTH 5H-9X - State Withholding Garvin, OK | 200 RI | 0.00013711 0.000 | 0.000 1.000 | 0.00 | 0.00 0.00 | 0.00 0.00 | | | | 50 | | 0.09 | 0.00 -0.09 |
| 732847 10/01/2020 | HOLINSWORTH 5H-9X - State Withholding Garvin, OK | 200 RI | 0.00013711 0.000 | 0.000 1.000 | 0.00 | 0.00 0.00 | 0.00 0.00 | | | | 50 | | 0.46 | 0.00 -0.46 |
| 732847 08/01/2020 | HOLINSWORTH 5H-9X Garvin, OK | 400 RI | 0.00013711 0.000 | 15.555 0.000 | 0.00 0.000 | 93.92 0.09 | 1,460.88 1.46 | PR | 0.00 | 0.00 | 12 47 | 0.00 0.00 | -0.05 0.00 | 1,460.88 1.51 |
| 732847 10/01/2020 | HOLINSWORTH 5H-9X Garvin, OK | 400 RI | 0.00013711 0.000 | 11.935 0.000 | 0.00 0.000 | 4,253.35 0.67 | 50,764.50 8.99 | PE PR RF | 34.20 2,520.22 36.00 | 0.00 0.32 0.00 | 03 | 14,711.76 | 2.01 | 33,462.32 4.65 |
| 732847 08/01/2020 | HOLINSWORTH 5H-9X - State Withholding Garvin, OK | 400 RI | 0.00013711 0.000 | 0.000 0.000 | 0.00 0.000 | 0.00 0.00 | 0.00 0.00 | | | | 50 | | 0.07 | 0.00 -0.07 |
| 732847 10/01/2020 | HOLINSWORTH 5H-9X - State Withholding Garvin, OK | 400 RI | 0.00013711 0.000 | 0.000 0.000 | 0.00 0.000 | 0.00 0.00 | 0.00 0.00 | | | | 50 | | 0.35 | 0.00 -0.35 |
| 732847 - HOLINSWORTH 5H-9X | State Withholding Tax Subtotal | | | | | | 25.06 | | | 1.21 | | | 8.10 | 16.75 |
| 732848 08/01/2020 | HOLINSWORTH 6H-9X Garvin, OK | 200 RI | 0.00014761 0.000 | 1.909 0.000 | 0.00 1.000 | 946.18 1.01 | 1,853.40 1.90 | PR | 0.00 | -0.13 | 12 47 | 0.00 12,714.44 | -0.03 1.00 | 1,853.40 0.80 |
| 732848 10/01/2020 | HOLINSWORTH 6H-9X Garvin, OK | 200 RI | 0.00014761 0.000 | 2.204 0.000 | 0.00 1.062 | 33,928.54 5.02 | 74,701.34 11.04 | MP PE PR RF | 5.05 40.80 3,013.18 43.05 | 0.00 0.00 -0.44 0.00 | 01 05 11 15 | 12,714.44 904.20 6,302.65 3,345.90 | 1.88 0.13 0.91 0.45 | 40,010.77 5.95 |

Owner: 3046391　JACKIE LINN HOFFMAN

QRA Check Number:　1803268  
Check Date:　12/20/2020  
Check Amount:　$121.38  

Owner Relations　　Page 4  
Phone:　1 (866) 917-3700  
E-mail:　ovintlv@ownerrelationssupport.com

| Well Number / Sales Date | Property Name / County, State | Prod Cd / Int Type | Entitlement Decimal / SOD Price | MCF/BBL Avg Price / MMBTU Avg Price | WH MMBTU / BTU Factor | Well Gross Vol (mcf)/(bbl) / Owner Vol (mcf)/(bbl) | Well Gross Value $ / Owner Gross Value $ | Tax Cd | Well Tax $ | Owner Tax $ | Ded Cd | Well Deducts $ | Owner Deducts $ | Well Net Value $ / Owner Net Value $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 21 | 5,439.64 | 0.79 | |
| | | | | | | | | | | | 37 | 3,061.34 | 0.43 | |
| 732648 08/01/2020 | HOLINSWORTH 6H-9X - State Withholding Garvin, OK | 200 RI | 0.00014761 0.000 | 0.000 0.000 | 0.00 1.000 | 0.00 0.00 | 0.00 0.00 | | | | 60 | | 0.10 | 0.00 -0.10 |
| 732648 10/01/2020 | HOLINSWORTH 6H-9X - State Withholding Garvin, OK | 200 RI | 0.00014761 0.000 | 0.000 0.000 | 0.00 1.000 | 0.00 0.00 | 0.00 0.00 | | | | 50 | | 0.55 | 0.00 -0.55 |
| 732648 10/01/2020 | HOLINSWORTH 6H-9X Garvin, OK | 300 RI | 0.00014761 0.000 | 35.306 0.000 | 0.00 0.000 | 915.60 0.14 | 32,325.76 4.77 | MP PE PR RF | 3.20 30.66 2,260.76 32.30 | 0.00 0.00 0.33 0.00 | | | | 29,998.62 4.44 |
| 732648 10/01/2020 | HOLINSWORTH 6H-9X - State Withholding Garvin, OK | 300 RI | 0.00014761 0.000 | 0.000 0.000 | 0.00 0.000 | 0.00 0.00 | 0.00 0.00 | | | | 50 | | 0.24 | 0.00 -0.24 |
| 732648 08/01/2020 | HOLINSWORTH 6H-9X Garvin, OK | 400 RI | 0.00014761 0.000 | 15.653 0.000 | 0.00 0.000 | 101.79 0.11 | 1,583.16 1.66 | PR | 0.00 | 0.00 | 12 47 | 0.00 0.00 | -0.06 0.00 | 1,583.16 1.74 |
| 732648 10/01/2020 | HOLINSWORTH 6H-9X Garvin, OK | 400 RI | 0.00014761 0.000 | 11.935 0.000 | 0.00 0.000 | 4,583.65 0.66 | 54,706.34 8.00 | PE PR RF | 30.86 2,716.19 35.60 | 0.00 0.39 0.00 | 03 | 15,854.13 | 2.35 | 38,060.36 5.32 |
| 732648 08/01/2020 | HOLINSWORTH 6H-9X - State Withholding Garvin, OK | 400 RI | 0.00014761 0.000 | 0.000 0.000 | 0.00 0.000 | 0.00 0.00 | 0.00 0.00 | | | | 50 | | 0.08 | 0.00 -0.08 |
| 732648 10/01/2020 | HOLINSWORTH 6H-9X - State Withholding Garvin, OK | 400 RI | 0.00014761 0.000 | 0.000 0.000 | 0.00 0.000 | 0.00 0.00 | 0.00 0.00 | | | | 50 | | 0.40 | 0.00 -0.40 |
| | 732648 - HOLINSWORTH 6H-9X - State Withholding Tax Subtotal: | | | | | | 27.64 | | | 1.29 | | | 9.34 | 18.91 |
| 734460 08/01/2020 | HOLINSWORTH 7H-9X Garvin, OK | 200 RI | 0.00014005 0.000 | 1.906 0.000 | 0.00 1.000 | 429.19 0.44 | 844.74 0.86 | PR | 0.00 | 0.06 | 12 47 | 0.00 0.00 | -0.01 0.47 | 844.74 0.34 |
| 734460 10/01/2020 | HOLINSWORTH 7H-9X Garvin, OK | 200 RI | 0.00014005 0.000 | 2.201 0.000 | 0.00 1.050 | 20,915.21 3.77 | 59,258.72 8.30 | MP PE PR RF | 4.03 32.36 2,384.69 34.07 | 0.00 0.00 0.31 0.00 | 01 05 11 15 21 27 | 10,086.74 710.12 5,000.24 2,654.41 4,307.37 2,060.11 | 1.41 0.10 0.68 0.35 0.80 0.31 | 31,608.58 4.54 |
| 734460 08/01/2020 | HOLINSWORTH 7H-9X - State Withholding Garvin, OK | 200 RI | 0.00014005 0.000 | 0.000 0.000 | 0.00 1.000 | 0.00 0.00 | 0.00 0.00 | | | | 50 | | 0.04 | 0.00 -0.04 |
| 734460 10/01/2020 | HOLINSWORTH 7H-9X - State Withholding Garvin, OK | 200 RI | 0.00014005 0.000 | 0.000 0.000 | 0.00 1.000 | 0.00 0.00 | 0.00 0.00 | | | | 50 | | 0.42 | 0.00 -0.42 |
| 734460 10/01/2020 | HOLINSWORTH 7H-9X Garvin, OK | 300 RI | 0.00014005 0.000 | 35.305 0.000 | 0.00 0.000 | 741.48 0.10 | 20,177.98 3.67 | MP PE PR RF | 2.59 24.66 1,830.71 26.15 | 0.00 0.00 0.26 0.00 | | | | 24,293.09 3.41 |
| 734460 10/01/2020 | HOLINSWORTH 7H-9X - State Withholding Garvin, OK | 300 RI | 0.00014005 0.000 | 0.000 0.000 | 0.00 0.000 | 0.00 0.00 | 0.00 0.00 | | | | 50 | | 0.18 | 0.00 -0.18 |
| 734460 08/01/2020 | HOLINSWORTH 7H-9X Garvin, OK | 400 RI | 0.00014005 0.000 | 15.722 0.000 | 0.00 0.000 | 46.60 0.05 | 735.79 0.75 | PR | 0.00 | 0.00 | 12 47 | 0.00 0.00 | -0.03 0.00 | 735.79 0.78 |
| 734460 10/01/2020 | HOLINSWORTH 7H-9X Garvin, OK | 400 RI | 0.00014005 0.000 | 12.026 0.000 | 0.00 0.000 | 3,042.76 0.50 | 43,606.60 6.13 | PE PR RF | 20.03 2,163.26 31.19 | 0.00 0.20 0.00 | 03 | 12,577.54 | 1.76 | 28,987.24 4.56 |
| 734460 08/01/2020 | HOLINSWORTH 7H-9X - State Withholding Garvin, OK | 400 RI | 0.00014005 0.000 | 0.000 0.000 | 0.00 0.000 | 0.00 0.00 | 0.00 0.00 | | | | 50 | | 0.04 | 0.00 -0.04 |
| 734460 10/01/2020 | HOLINSWORTH 7H-9X - State Withholding Garvin, OK | 400 RI | 0.00014005 0.000 | 0.000 0.000 | 0.00 0.000 | 0.00 0.00 | 0.00 0.00 | | | | 50 | | 0.31 | 0.00 -0.31 |
| | 734460 - HOLINSWORTH 7H-9X - State Withholding Tax Subtotal: | | | | | | 19.71 | | | 0.92 | | | 6.63 | 12.16 |
| 734461 08/01/2020 | HOLINSWORTH 8H-9X Garvin, OK | 200 RI | 0.00014116 0.000 | 1.906 0.000 | 0.00 1.000 | 414.26 0.42 | 815.43 0.84 | PR | 0.00 | 0.06 | 12 47 | 0.00 0.00 | -0.01 0.46 | 815.43 0.33 |
| 734461 10/01/2020 | HOLINSWORTH 8H-9X Garvin, OK | 200 RI | 0.00014116 0.000 | 2.201 0.000 | 0.00 1.050 | 20,022.32 3.67 | 57,262.71 8.10 | MP PE PR RF | 3.90 31.25 2,305.18 32.93 | 0.00 0.00 0.31 0.00 | 01 05 11 16 21 27 | 9,750.26 692.23 4,833.44 2,565.86 4,163.69 2,271.72 | 1.36 -0.10 0.66 0.34 0.58 0.29 | 30,612.20 4.48 |
| 734461 08/01/2020 | HOLINSWORTH 8H-9X - State Withholding Garvin, OK | 200 RI | 0.00014116 0.000 | 0.000 0.000 | 0.00 1.000 | 0.00 0.00 | 0.00 0.00 | | | | 50 | | 0.04 | 0.00 -0.04 |
| 734461 10/01/2020 | HOLINSWORTH 8H-9X - State Withholding Garvin, OK | 200 RI | 0.00014116 0.000 | 0.000 0.000 | 0.00 1.000 | 0.00 0.00 | 0.00 0.00 | | | | 50 | | 0.41 | 0.00 -0.41 |
| 734461 10/01/2020 | HOLINSWORTH 8H-9X Garvin, OK | 300 RI | 0.00014116 0.000 | 35.305 0.000 | 0.00 0.000 | 1,123.79 0.16 | 39,675.25 5.60 | MP PE PR RF | 3.93 37.66 2,774.63 39.64 | 0.00 0.01 0.39 0.01 | | | | 36,619.39 5.19 |
| 734461 10/01/2020 | HOLINSWORTH 8H-9X - State Withholding Garvin, OK | 300 RI | 0.00014116 0.000 | 0.000 0.000 | 0.00 0.000 | 0.00 0.00 | 0.00 0.00 | | | | 50 | | 0.28 | 0.00 -0.28 |
| 734461 08/01/2020 | HOLINSWORTH 8H-9X Garvin, OK | 400 RI | 0.00014116 0.000 | 15.720 0.000 | 0.00 0.000 | 46.18 0.05 | 710.26 0.73 | PR | 0.00 | 0.00 | 12 47 | 0.00 0.00 | -0.03 0.00 | 710.26 0.76 |
| 734461 10/01/2020 | HOLINSWORTH 8H-9X Garvin, OK | 400 RI | 0.00014116 0.000 | 12.026 0.000 | 0.00 0.000 | 3,521.26 0.48 | 42,347.56 5.96 | PE PR RF | 26.64 2,110.46 30.15 | 0.00 0.26 0.00 | 03 | 12,158.00 | 1.71 | 28,020.31 3.95 |
| 734461 08/01/2020 | HOLINSWORTH 8H-9X - State Withholding Garvin, OK | 400 RI | 0.00014116 0.000 | 0.000 0.000 | 0.00 0.000 | 0.00 0.00 | 0.00 0.00 | | | | 50 | | 0.04 | 0.00 -0.04 |
| 734461 10/01/2020 | HOLINSWORTH 8H-9X - State Withholding Garvin, OK | 400 RI | 0.00014116 0.000 | 0.000 0.000 | 0.00 0.000 | 0.00 0.00 | 0.00 0.00 | | | | 50 | | 0.30 | 0.00 -0.30 |
| | 734461 - HOLINSWORTH 8H-9X - State Withholding Tax Subtotal: | | | | | | 21.22 | | | 1.06 | | | 6.51 | 13.05 |

**Owner: 3046391   JACKIE LYNN HOFFMAN**

| | |
|---|---|
| QRA Check Number: | 1803268 |
| Check Date: | 12/20/2020 |
| Check Amount: | $121.38 |

Owner Relations                                                                 Page 5

Phone:   1 (866) 917-3700

E-mail:   ovlntlv@ownerrelationssupport.com



| Well Number | Property Name | Prod Cd | Entitlement Decimal | MCF/BBL Avg Price | WH MMBTU | Well Gross Vol (mcf)/(bbl) | Well Gross Value $ | Tax Cd | Well Tax $ | Owner Tax $ | Ded Cd | Well Deducts $ | Owner Deducts $ | Well Net Value $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales Date | County, State | Int Type | SOD Price | MMBTU Avg Price | BTU Factor | Owner Vol (mcf)/(bbl) | Owner Gross Value $ | | | | | | | Owner Net Value $ |
| | | | | | | Current Check Totals: | 190.10 | | | 0.29 | | | 59.43 | 121.38 |
| | | | | | | Year to Date Totals: | 2,789.35 | | | 103.57 | | | 880.00 | 1,832.18 |