**LANE & NACH, P.C.**
2001 East Campbell Avenue
Suite 103
Phoenix AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Michael P. Lane – 007435
Email: michael.lane@lane-nach.com

*Attorneys for Robert A. MacKenzie, Trustee*

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| MICHAEL A. HOFFMAN and JACKIE L. HOFFMAN, | No. 2:20-bk-12088-DPC |
| Debtors. | **NOTICE OF HEARING ON TRUSTEE'S APPLICATION TO SELL PROPERTY OF THE ESTATE AND OPPORTUNITY TO BID** |
| | **Hearing Via Zoom Conf: 3/1/2020** **Hearing Time: 10:00 a.m.** |

TO: The creditors and parties in interest:

**PLEASE TAKE NOTICE** that Robert A. MacKenzie, Trustee, has filed an Application to Sell Property of the Estate, a complete copy of same is on file with the Clerk of the Court and available for inspection.

A hearing in said cause will be held via Zoom conference on **March 1, 2020**, at **10:00 a.m**. **Zoom instructions are contained at the end of this Notice.**

| | |
|---|---|
| Property to be Sold: | Estate's interest in oil rights described as Ovintiv Exploration Oil Rights (Holinsworth Wells, Garvin County, Oklahoma (0.9375 net acres); including, each and every mineral, mineral interest, royalty interest, non-participating royalty interest, gas and mineral lease, and every interest of every description whatsoever in leased, unleased, producing, non-producing, produced and stored, severed and unsevered interests in oil, gas and other minerals of every conceivable type and description, including any rights of way, easements, or other surface interests, if any, as may be owned by the above referenced bankruptcy Estate legally or equitably, pre-petition, if any, for property situated in the State of Oklahoma and more particularly in Garvin County, Oklahoma ("**Property**"). Detail of the Property's performance is |

| | |
|---|---|
| | attached as Exhibit "A" to Trustee's Sale Motion. |
| Terms of Sale/Bidding Information: | Trustee has received an offer from Chiderbri Minerals, LP and Patterson Royalties, LLC to purchase the Estate's interest in the Property for a total purchase price of Five Thousand Dollars ($5,000.00) ("Purchase Price") effective January 1, 2021.<br><br>Payment of the Purchase Price shall be made on or before the close of business on the **second** business day after the entry of an Order approving the Application.<br><br>Prospective purchasers are encouraged to personally inspect/perform their own due diligence of the property being sold, as the property will be sold "AS IS", with no warranties BUYER IS NOT AN INSIDER.<br><br>While the Trustee is prepared to consummate the sale of the Property to M IV OPS., INC. or assignee, pursuant to the terms set forth herein, this sale is subject to higher bids at hearing. Trustee requests that the Court approve the following overbid procedures:<br><br>a. Any interested bidder who wants to participate in the overbid process must notify Trustee's attorney of its intention to do so within five (5) days prior to the hearing date;<br><br>b. Each overbid for the Property must be at least $150.00 and<br><br>c. In the event a party other than Chiderbri Minerals, LP and Patterson Royalties, LLC is deemed the winning bidder with respect to the Property, such other party shall be required to purchase the Property under the same terms and conditions set forth in Trustee's Application.<br><br>Trustee also seeks a waiver of the fourteen-day stay under Bankruptcy Rule 6004(h). |
| To Obtain More information: | Contact the attorney for the Trustee as indicated above. |
| Description of Interest(s) in the Property: | Trustee is not aware of any other entities holding an interest in the property being sold. There has been no stay relief sought as to the Property. |
| Appraisals: | The Trustee is not aware of any recent appraisals on the property being sold. |
| Compensation/Fees: | There are no commissions related to this transaction. |

Any party intending to object to Trustee's Application shall file a written objection on or before five (5) days prior to the hearing date with the Clerk of the Court, United States Bankruptcy Court: (a) by hand-delivery or by mail to 230 North First Avenue, Suite 101, Phoenix, Arizona 85003-1706; or (b) electronically at the Court's website: ecf.azb.uscourts.gov using the Court's electronic filing procedures.

Join ZoomGov Meeting

https://www.zoomgov.com/j/1601260555?pwd=US9jK0IvV2xMQ2t2c2RWN3lnaElaUT09

Meeting ID: 160 126 0555
Passcode: 959213
One tap mobile
+16692545252,,1601260555#,,,,*959213# US (San Jose)
+16692161590,,1601260555#,,,,*959213# US (San Jose)

Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 669 216 1590 US (San Jose)
    +1 646 828 7666 US (New York)
    +1 551 285 1373 US
Meeting ID: 160 126 0555
Passcode: 959213
Find your local number: https://www.zoomgov.com/u/avigJlse9

Join by SIP
1601260555@sip.zoomgov.com

Join by H.323
161.199.138.10 (US West)
161.199.136.10 (US East)
Meeting ID: 160 126 0555
Passcode: 959213

     DATED:  January 25, 2021.

**LANE & NACH, P.C.**


By    MPL 007435
    Michael P. Lane
    *Attorney for Trustee*