# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Audio Record of Hearing Held

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | MICHAEL A. & JACKIE L. HOFFMAN | | |
| **Case Number:** | 2:20-BK-12088-DPC | **Chapter:** | 7 |

**Date / Time / Room:** TUESDAY, MARCH 02, 2021 10:00 AM   6TH FLOOR #603

**Courtroom Clerk:** RENEE BRYANT
**Reporter / ECR:** N/A

**Audio File Name:** AHL01545166.MP3
**Audio File Size:** 2,000 KB
**Audio File Length:** 00:04:16

**Help using this file:**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

> **This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."**

## *Matter:*

HEARING ON TRUSTEE'S APPLICATION TO SELL PROPERTY OF THE ESTATE AND OPPORTUNITY TO BID
**R / M #:**   14 / 0

Case 2:20-bk-12088-DPC    Doc 34    Filed 03/02/21    Entered 03/02/21 15:10:03    Desc
Main document    Page 1 of 1