# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | MICHAEL A. & JACKIE L. HOFFMAN | | |
| **Case Number:** | 2:20-BK-12088-DPC | **Chapter:** | 7 |
| **Date / Time / Room:** | TUESDAY, MARCH 02, 2021 10:00 AM   6TH FLOOR #603 | | |
| **Bankruptcy Judge:** | DANIEL P. COLLINS | | |
| **Courtroom Clerk:** | RENEE BRYANT | | |
| **Reporter / ECR:** | N/A | | |

## *Matter:*

HEARING ON TRUSTEE'S APPLICATION TO SELL PROPERTY OF THE ESTATE AND OPPORTUNITY TO BID

**R / M #:**   14 / 0

## *Appearances:*

ERIC R. THIEROFF, ATTORNEY FOR MICHAEL A. HOFFMAN, JACKIE L. HOFFMAN
MICHAEL P. LANE, ATTORNEY FOR ROBERT A. MACKENZIE
BRIAN BACON

## *Proceedings:*

The Court summarizes the trustee's motion.

Mr. Lane agrees with the Court's summary.  The sale was noticed, and there were no objections.  Mr. Lane reports the trustee approves the bid and asks that the Court approve the motion.  Mr. Lane states Mr. Bacon has no connection to the estate, and he is a good faith buyer.

The Court asks if anyone has any questions regarding the sale.  The Court calls for higher and better offers.

COURT:  IT IS ORDERED APPROVING THE MOTION TO SELL PROPERTY OF THE ESTATE.  THE COURT WILL WAIVE THE RULE 6004 WAITING PERIOD AND WILL MAKE THE §363(M) FINDING IN THE FORM OF ORDER. THE COURT WILL SIGN THE ORDER ONCE MR. LANE HAS UPLOADED IT.

Case 2:20-bk-12088-DPC   Doc 36   Filed 03/02/21   Entered 03/03/21 13:37:03   Desc
Main Document    Page 1 of 1
03/03/2021 1:36:50PM