**SO ORDERED.**

**Dated: March 3, 2021**

*Daniel P. Collins*

**Daniel P. Collins, Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| MICHAEL A. HOFFMAN and JACKIE L. HOFFMAN, | No. 2:20-bk-12088-DPC |
| Debtors. | **ORDER AUTHORIZING TRUSTEE TO SELL PROPERTY OF THE ESTATE** |

Upon the Application to Sell Property of the Estate filed by Robert A. MacKenzie, Trustee, and after notice and hearing on March 2, 2021, good cause appearing therefor;

IT IS HEREBY ORDERED approving Trustee's Application and authorizing him to sell the Estate's interest in the oil rights described as:

Ovintiv Exploration Oil Rights (Holinsworth Wells, Garvin County, Oklahoma (0.9375 net acres); including, each and every mineral, mineral interest, royalty interest, non-participating royalty interest, gas and mineral lease, and every interest of every description whatsoever in leased, unleased, producing, non-producing, produced and stored, severed and unsevered interests in oil, gas and other minerals of every conceivable type and description, including any rights of way, easements, or other surface interests, if any, as may be owned by the above referenced bankruptcy Estate legally or equitably, pre-petition, if any, for property situated in the State of Oklahoma and more particularly in Garvin County, Oklahoma ("**Property**")

to Chiderbri Minerals, LP and Patterson Royalties, LLC ("**Buyers**") effective as of January 1, 2021, for a total purchase price of Five Thousand Dollars ($5,000.00) ("**Purchase Price**"). Payment of the Purchase Price shall be made on or before the close of business on the second business day after the entry of this Order.

IT IS FURTHER ORDERED that Buyers are good faith purchasers and are entitled to the benefits provided by 11 U.S.C. § 363(m).

IT IS FURTHER ORDERED waiving the fourteen (14) day stay pursuant to F.R.B.P. Rule 6004(h) so that this Order shall be effective upon its execution.

**DATED AND SIGNED ABOVE**